

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00071-CR

Victoria Isabella **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10261
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED March 14, 2018.

_____
Karen Angelini, Justice